# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 3:08-CR-46 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| | ) | |
| | ) | |
| REYNALDO QUIREZ | ) | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

A initial appearance and arraignment were held in this case on May 12, 2008.

David Jennings, Assistant United States Attorney, was present representing the government,

and Jonathan Wood, was present representing the defendant. The defendant is on parole

from a Federal Drug Conviction out of Texas at the time of this arrest and the 10 day time

period is applicable and was requested by the government . The defendant was present and

moved that the detention hearing be set within the 10 days permitted by law.

Upon motion of the government for detention, and pursuant to 18:3142, a

hearing is scheduled before the undersigned on **Thursday, May 22, 2008,** at **10:00 a.m.**

For good cause shown, the defendant's request not to contest, and to waive the

detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1)      Defendant be detained.;

(2)	Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3)	Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4)	On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.


ENTER:

_s/ C. Clifford Shirley, Jr._
United States Magistrate Judge